IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRYAN WRIGHT** and **ALANA FADELY**, individually, and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION<br><br>No.: 1:22-cv-11687-NMG<br>Hon. Nathaniel M. Gorton |
| Plaintiffs, | : : | |
| v. | : : | **REQUEST FOR ORAL ARGUMENT** |
| **LIBERTY MUTUAL GROUP, INC.**, | : : | |
| Defendant. | : | |

## PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)

Plaintiffs, Bryan Wright and Alana Fadely, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby move for court-authorized notice of this lawsuit to all similarly situated employees under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). Plaintiffs respectfully request that the Court enter an order:

(1) Conditionally certifying the proposed FLSA Collective;

(2) Requiring Defendant to identify all putative collective members by providing a list of their names, last known addresses, dates and location of employment, phone numbers, and email addresses in electronic and importable format within ten (10) days of the entry of the order;

(3) Authorizing Plaintiffs' proposed form of notice (**Exhibits A** & **B**) and implementing a procedure whereby the notice of Plaintiffs' FLSA claims is sent (via U.S. Mail, email, and text message) to:

*All current and former hourly call center agents who worked for Defendant at any time during the past three years* (the "FLSA Collective").

(4) Appointing the undersigned as counsel for the FLSA Collective; and

(5) Giving members of the FLSA Collective sixty (60) days to join this case, measured from the date the Court-authorized notice is sent, with one reminder email sent thirty (30) days thereafter to anyone who did not respond.

1

The facts and legal authorities in support of this Motion are in the attached Memorandum of Law in Support, which is incorporated by reference. Pursuant to Local Rule 7.1(a), Plaintiffs' counsel sought concurrence from Defendant's counsel but concurrence was denied. Pursuant to Local Rule 7.1(d), Plaintiffs hereby request oral argument in the instant action. Plaintiffs believe that oral argument will assist the Court and wish to be heard.

Dated: November 8, 2022

Respectfully Submitted,

*/s/ Jesse L. Young*
Jesse L. Young (P72614)*
Sommers Schwartz, P.C.
141 East Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

Jason J. Thompson (P47184)*
Albert J. Asciutto (P82822)*
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
aasciutto@sommerspc.com
*admitted pro hac vice motions*
Benjamin Knox Steffans (BBO# 568535)
Steffans Legal PLLC
10 Wendell Ave. Ext. Suite 208
Pittsfield, MA 01201
(413) 418-4176
bsteffans@steffanslegal.com

*Counsel for Plaintiffs and the FLSA Collective*

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on November 8, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Jesse L. Young*
                                                jyoung@sommerspc.com