IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **BRYAN WRIGHT** and **ALANA FADELY**, individually, and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
|  | : | No.: 1:22-cv-11687-NMG |
|  | : | Hon. Nathaniel M. Gorton |
| Plaintiffs, | : |  |
| v. | : : |  |
| **LIBERTY MUTUAL GROUP, INC.**, | : : |  |
| Defendant. | : |  |

## PLAINTIFFS' MODIFIED PROPOSED NOTICE AND CONSENT FORM

Plaintiffs, Bryan Wright and Alana Fadely, individually and on behalf of all others similarly situated ("Plaintiffs"), in accordance with the Court's July 21, 2023 Memorandum & Order, hereby submit the attached proposed Consent Notice (Exhibit A) and Consent to Join form (Exhibit B). Undersigned Counsel has conferred with Defendant, and Defendant assents to the attached as modified.

Dated:  August 4, 2023

Respectfully Submitted,

*/s/ Jason J. Thompson*
Jason J. Thompson (P47184)*
Albert J. Asciutto (P82822)*
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
aasciutto@sommerspc.com

1

Jesse L. Young (P72614)*
Sommers Schwartz, P.C.
141 East Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

*admitted pro hac vice*

Benjamin Knox Steffans (BBO# 568535)
Steffans Legal PLLC
10 Wendell Ave. Ext. Suite 208
Pittsfield, MA 01201
(413) 418-4176
bsteffans@steffanslegal.com

*Counsel for Plaintiffs and the FLSA Collective*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, I electronically filed the foregoing paper with the Clerk of

the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jason J. Thompson*
jthompson@sommerspc.com

2