IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **BRYAN WRIGHT** and **ALANA FADELY**, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **LIBERTY MUTUAL GROUP, INC.,** <br><br> Defendant. | CIVIL ACTION <br><br> No.: 1:22-cv-11687-NMG <br> Hon. Nathaniel M. Gorton |

## PLAINTIFFS' MODIFIED PROPOSED NOTICE AND CONSENT FORM

Plaintiffs, Bryan Wright and Alana Fadely, individually and on behalf of all others similarly situated ("Plaintiffs"), in accordance with the Court's July 21, 2023 Memorandum & Order, hereby submit the attached proposed Consent Notice (Exhibit A) and Consent to Join form (Exhibit B). Undersigned Counsel has conferred with Defendant, and Defendant assents to the attached as modified.

Dated: August 4, 2023

Respectfully Submitted,

/s/ Jason J. Thompson
Jason J. Thompson (P47184)*
Albert J. Asciutto (P82822)*
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
aasciutto@sommerspc.com

*Treated as a motion to authorize notice and consent forms and motion allowed.*
*/s/ M. Gorton, USDJ 8/14/2023*

1