IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **BRYAN WRIGHT** and **ALANA FADELY**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LIBERTY MUTUAL GROUP, INC.**,<br><br>Defendant. | CIVIL ACTION<br><br>No.: 1:22-cv-11687-JEK<br>Hon. Julia E. Kobick<br><br><br>**JOINT STATUS REPORT** |

Named Plaintiffs Bryan Wright and Alana Fadely, individually and on behalf of the 61 additional Plaintiffs who have opted into the action (collectively, "Plaintiffs"), and Defendant Liberty Mutual Group, Inc. ("Defendant"; collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby submit the following Joint Status Report pursuant to the Court's Order on July 3, 2024 (Dkt. 59).

1. Counsel for the Parties have negotiated and agreed upon form settlement agreements. Through a settlement administrator, Counsel have obtained signatures from 61 of the 63 Plaintiffs.

2. Despite repeated attempts to contact the remaining two Plaintiffs who have not yet signed their agreements, Yahudiah Chodosh and Debra Gargasz, Plaintiffs' Counsel has not received any response from either Yahudiah Chodosh or Debra Gargasz. Plaintiffs' Counsel's efforts include repeated phone calls, email messages, and letters, but both Yahudiah Chodosh and Debra Gargasz have failed to respond to Plaintiffs' Counsel's numerous and repeated communication attempts. Attached hereto as **Exhibit 1** is the declaration of Attorney Albert J. Asciutto, Esq., documenting Plaintiffs' Counsel's efforts to contact Ms. Chodosh and Ms. Gargasz,

including letters notifying Ms. Chodosh and Ms. Gargasz of Plaintiffs' Counsel's intent to withdraw as their representation if either Yahudiah Chodosh or Debra Gargasz failed to respond by August 30, 2024.

3. Given the extraordinary efforts Plaintiffs' Counsel has taken to contact Ms. Chodosh and Ms. Gargasz and their failure to respond by the deadline, Plaintiffs' Counsel respectfully requests the Court allow Sommers Schwartz, P.C. and Steffans Legal PLLC to withdraw as Counsel for Ms. Chodosh and Ms. Gargasz.

4. In view of their refusal to respond to Plaintiffs' Counsel's repeated attempts to discuss this case, including whether or not they are willing to accept the proposed settlement, Defendant respectfully requests the Court dismiss Ms. Chodosh and Ms. Gargasz for failing to prosecute their case.

5. The Parties have attached hereto as **Exhibit 2** an agreed upon Joint Stipulation for Approval of Settlement, Dismissal of Claims with Prejudice, and Entry of Judgment ("Stipulation") Proposed Order. The Parties respectfully request the Court sign the accompanying Proposed Order on or after September 3, 2024.

6. The Parties agree to reduce the settlement amount in the Stipulation by the amount attributable to Ms. Chodosh and Ms. Gargasz.

7. In the event Plaintiffs' Counsel is able to establish contact with Ms. Chodosh and/or Ms. Gargaz before the Court signs the Stipulation, the Parties will file a revised Stipulation.

NOW, THEREFORE, the Parties jointly request that the Court grant Plaintiffs' Counsel's request to withdraw as Counsel for Ms. Chodosh and Ms. Gargasz, grant Defendant's request to dismiss Ms. Chodosh and Ms. Gargasz, and the Court sign the Stipulation.

Respectfully submitted,

| | |
|---|---|
| Dated: August 30, 2024 | By: */s/ Jason J. Thompson*<br>Jason J. Thompson (P47184)*<br>Albert J. Asciutto (P82822)*<br>Sommers Schwartz, P.C.<br>One Towne Square, 17th Floor<br>Southfield, Michigan 48076<br>(248) 355-0300<br>jthompson@sommerspc.com<br>aasciutto@sommerspc.com<br><br>Jesse L. Young (P72614)*<br>Sommers Schwartz, P.C.<br>141 East Michigan Avenue, Suite 600<br>Kalamazoo, Michigan 49007<br>(269) 250-7500<br>jyoung@sommerspc.com<br><br>*\*Admitted pro hac vice*<br>Benjamin Knox Steffans (BBO# 568535)<br>Steffans Legal PLLC<br>10 Wendell Ave. Ext. Suite 208<br>Pittsfield, MA 01201<br>(413) 418-4176<br>bsteffans@steffanslegal.com<br><br>*Attorneys for Plaintiffs* |
| Dated: August 30, 2024 | By: */s/ Mark D. Campbell*<br>Mark D. Campbell (SBN 180528)*<br>mdcampbell@shb.com<br>Ryan Light (SBN 293858)*<br>rlight@shb.com<br>Abigail Hudson (SBN 327632)*<br>ahudson@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (424) 285-8330 \| Fax: (424) 204-9093<br><br>William C. Martucci (SBN 28237)*<br>wmartucci@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>1800 K. Street, N.W., Suite 1000<br>Washington, D.C., 2006<br>Tel: (202) 783-8400 \| Fax: (202) 783-4211 |

3

*admitted pro hac vice

Attorneys for Defendant
Liberty Mutual Group Inc.

## PROOF OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Mark D. Campbell</u>
Mark D. Campbell