IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **BRYAN WRIGHT** and **ALANA FADELY**, individually, and on behalf of all others similarly situated, | CIVIL ACTION |
| | No.: 1:22-cv-11687-JEK |
| | Hon. Julia E. Kobick |
| Plaintiffs, | |
| v. | |
| **LIBERTY MUTUAL GROUP, INC.**, | |
| Defendant. | |

## ~~[PROPOSED]~~ STIPULATED ORDER APPROVING FLSA SETTLEMENT

This matter is before the Court on the Parties' submission of a Joint Stipulation for Approval of Settlement, for Dismissal of Claims with Prejudice and for Entry of Judgment (the "Stipulation") (Dkt. No. 60-3).

1. Having reviewed the Stipulation, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Order approving the settlement as set forth in the Stipulation ~~and individually signed settlement agreements~~, /JEK/ including the proposed Service Award, and the proposed attorneys' fees and expense reimbursements to Plaintiffs' Counsel, as a fair and reasonable resolution of this lawsuit.

2. The claims of plaintiffs Bryan Wright and Alana Fadely, LaWona Adams, Marlon Allen, Kacie Anderson, Suzette Ayersman, Maronda Banks, Danielle Battle, Nyiesha Benloss, Erin Bresnahan, Romary Bryant, Michaeline Burkett, Stacey Byerly, Brianna Bynum, Cathryn Calhoun, Winsome Clarke, Kera Collinson, Brittany Cooley, Mary Cox, Jantae Evans (Carson), Amber Fast, Laura Ferrucci, Kanisha Fish, Matthew Flannery, Jeremy Fonteno, Destiny Gilbert, Alandra Hall, Karen Henry, Aysha Hensley, Sharday Ivey, Brea Jenkins, Charlette Jimbes,

Brittany Jones, Casey Jones, Juliana Lumsdon, Linda Lynch, Brianna Mahood (Seelbaugh), Christopher McClelland, Danielle Morabito Bias, Sha-Monica Morton, Yvette Nace, Felisha Nash, Giavanna Noriega, Alicia Nuzzo, Janae Palmer-Travis, Johnathon Perez, Ginger Ponziani, Desharay Robinson, Eric Robinson, Kristy Rodarte, Ida Salinas, Jamie Schulte, Joey Sheppard, Denali Slocum, Deadrick Smith, Anita Tarbell, Kim Thomas, Tammy Trott, Lori Veccia, Danielle White, and Timothy White ("Plaintiffs") are dismissed with prejudice in their entirety.

3. Plaintiffs' Counsel, Sommers Schwartz, P.C. and Steffans Legal PLLC are hereby relieved as counsel for plaintiffs Yahudiah Chodosh and Debra Gargasz, given the breakdown in communication.

4. The claims of plaintiffs Yahudiah Chodosh and Debra Gargasz are dismissed ~~with~~ without [JEK] prejudice for failure to prosecute.

5. The Court retains jurisdiction over the action to enforce the settlement, including settlement administration.

6. The Clerk of the Court shall enter judgment dismissing this action with prejudice.

**SO ORDERED.**

Date: 9/4/2024

_____
Honorable Julia E. Kobick
United States District Court Judge