# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Bryan Wright et al** | ) ) ) |
| Plaintiff | ) ) |
| v. | ) No. 1:22-cv-11687-JEK |
| | ) ) |
| **Liberty Mutual Group, Inc.** | ) ) |
| Defendant | ) |

## ORDER OF DISMISSAL

**KOBICK, D.J.**

In accordance with the Stipulated Order Approving FLSA Settlement entered September 4, 2024, ECF 61, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

Dated: September 5, 2024

/s/ Haley Currie
Deputy Clerk